IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ERNST FRANCOIS,**

    Plaintiff,

v.                                      Cause No.     14-CV-00927 SMV/WPL

**JAMES GUINN, JACK JACKSON and
John Does 1-3,**

    Defendants.

**STIPULATED ORDER GRANTING DEFENDANT
GUINN'S MOTION FOR SUMMARY JUDGMENT AS TO COUNT II**

**THIS MATTER** having come before the Court on Defendant Guinn's Unopposed Motion for Summary Judgment on Count II of the Complaint on the Basis of Qualified Immunity and Other Grounds, filed December 10, 2014, [Doc. 16] and noting that the motion is unopposed by opposing counsel, finds the motion well taken and should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff's Count II for 4th Amendment Unlawful Search is dismissed with prejudice as to Defendant Guinn.

 

_____
HONORABLE STEPHAN VIDMAR
UNITED STATES MAGISTRATE JUDGE

APPROVED:

BRENNAN & SULLIVAN, P.A.


By:     <u>*/s/ Christina L. G. Brennan*</u>
        Christina L. G. Brennan
        James P. Sullivan
        128 East DeVargas
        Santa Fe, New Mexico 87501
        (505) 995-8514
        *Attorneys for Defendants Guinn and Johnson*

AND

JOHN R. HAKANSON, P.C.


By:     <u>*Approved 12/10/14 via email*</u>
        Miguel Garcia
        307 E. Eleventh Street
        Alamogordo, NM 88310
        (575) 437-2874
        *Attorney for Plaintiff*